IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| PORSHA L. WHITFIELD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 117-098 |
| BO LEWIS and FLUOR ENTERPRISES, | ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's religious discrimination claim for failure to state a claim, and **DISMISSES** Defendant Lewis from this case.

SO ORDERED this 5th day of December, 2017, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA