# United States District Court
## Southern District of Georgia

PORSHA L. WHITFIELD,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 117-098

FLUOR ENTERPRISES, INC.,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated March 15, 2019, that Defendant's Motion for Summary Judgment is hereby granted. The Court finds that Defendant carried its burden to negate an essential element of Plaintiff's sexual harassment and retaliation claims and Plaintiff, in turn, failed to create a genuine issue of material fact on either of those claims; therefore, Judgment is hereby entered in favor of Defendant. This case stands closed.

| | |
|---|---|
| 03/15/2019 | Scott L. Poff |
| *Date* | *Clerk* |
| | /s/ Jamie Hodge |
| | *(By) Deputy Clerk* |